## ATLANTIC C. L. RY. CO. V. GASTON, JUDGE.

(Decided April 21st, 1910.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

TYSON, WILSON & MARTIN, for appellant.

ALEXANDER M. GARBER, Attorney General, for appellee.

Per curiam. Errors confessed. Reversed and remanded.

---

## BAILEY V. THE STATE.

(Decided April 12th, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

T. M. RAMEY and ALLEN & BELL, for appellant.

ALEXANDER M. GARBER, Attorney General, for appellee.

Per curiam. Errors confessed. Reversed and remanded.